UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SOLIS-HARO, YARETZY ORALIA § Case No. 10-55597
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/20/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                                Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SOLIS-HARO, YARETZY ORALIA § Case No. 10-55597
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.68 |
| and approved disbursements of | $ | 216.67 |
| leaving a balance on hand of[1] | $ | 4,784.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.07 | $ 0.00 | $ 1,250.07 |
| Trustee Expenses: JOSEPH E. COHEN | $ 15.60 | $ 0.00 | $ 15.60 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,776.50 | $ 0.00 | $ 1,776.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 16.29 | $ 16.29 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,042.17 |
| Remaining Balance | $ 1,741.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,169.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 4,054.86 | $ 0.00 | $ 536.29 |
| 000002 | Lockheed Federal Credit Union PO BOx 6759 Burbank, CA 91510 | $ 9,115.00 | $ 0.00 | $ 1,205.55 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,741.84 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-55597-ABG
Yaretzy Oralia Solis-Haro                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales            Page 1 of 2            Date Rcvd: May 14, 2014
                              Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
```
db           Yaretzy Oralia Solis-Haro,   2070 Evergreen Lane,   Round Lake Beach, IL  60073-1386
aty         +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
16557952    +ACB American, Inc.,   PO Box 2548,   Cincinnati, OH 45201-2500
16557953    +BAC Home Loans Servicing,   450 American Street,   Simi Valley, CA 93065-6285
16557958    +CITI Cards,   1345 South 52nd Street,   Tempe, AZ 85281-6970
16557957    +Chase,   201 N. Walnut Street, # DE1-10,   Wilmington, DE 19801-2920
16557960    +Citi-Mortgage, Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
16557959     CitiMortgage, Inc.,   PO Box 7918,   Gaithersburg, MD 20898
16557962    +Creditors Financial Group, LLC,   PO Box 440290,   Aurora, CO 80044-1500
16557965    +DSNB Macy's,   PO Box 2548,   Cincinnati, OH 45201-2500
16557964     Dish Network,   Dept. 0063,   Palatine, IL 60055-0063
16557966    +Enrique Compos,   711 Dulles Road, Unit E,   Des Plaines, IL 60016-2581
16557963    +Equitable Ascent Financial CWP,   PO Box 440290,   Aurora, CO 80044-1500
16557969    +Global Client Solutions, Inc.,   4500 South 129th East Ave.,   Ste. 177,   Tulsa, OK 74134-5870
16557972    +MCYDSNB,   9111 Duke Blvd,   Mason, OH 45040-8999
19927217     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
16557973     NICOR,   2070 Evergreen Lane,   Round Lake, IL 60073-1386
16557974     NorthShore Univ. HealthSystem,   23056 Network Place,   Chicago, IL 60673-1230
16557975    +PNCBANK,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
16557977    +Sears/CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
16557979    +Village of Round Lake Beach,   1937 N. Municipal Way,   Round Lake, IL 60073-4915
16557981   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo,   8480 Stagecoach Circle,   Frederick, MD 21701)
16557982    +WFNNB/Lane Bryant,   4590 E. Broad Street,   Columbus, OH 43213-1301
16557983    +WFNNB/Metro,   4590 E. Broad Street,   Columbus, OH 43213-1301
16557984    +WFNNB/Victorias Secret,   220 W. Schrock Road,   Westerville, OH 43081-2873
16557956    +Wilmington, DE 19801,   Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16557978     Yaretz Oralia Solis-Haro,   2070 Evergreen Lane,   Round Lake, IL 60073-1386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18368305     E-mail/PDF: rmscedi@recoverycorp.com May 15 2014 00:52:56     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16557961     E-mail/Text: legalcollections@comed.com May 15 2014 00:49:51     ComEd,   PO Box 6111,
              Carol Stream, IL 60197-6111
16557967    +E-mail/Text: pocatello_spo@farmersinsurance.com May 15 2014 00:49:24     Farmers Insurance,
              PO Box 0914,   Carol Stream, IL 60132-0914
16557968     E-mail/PDF: gecsedi@recoverycorp.com May 15 2014 00:50:49     GEMB/JCP,   PO Box 984100,
              El Paso, TX 79998
16557970     E-mail/Text: bankruptcyonlinefilings@logixbanking.com May 15 2014 00:48:51
              Lockheed Federal Credit Union,   2340 N. Hollywood Way,   Burbank, CA 91505
16557971     E-mail/Text: bankruptcyonlinefilings@logixbanking.com May 15 2014 00:48:51
              Lockheed Federal Credit Union,   PO BOx 6759,   Burbank, CA 91510
19927218     E-mail/PDF: rmscedi@recoverycorp.com May 15 2014 00:52:56
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Cohen, Joseph E
16557951     10-55597 - Solis Haro Matrix
16557955     Antioch, CA 94509-1380,   Chase,   201 N. Walnut Street
16557954     Bay Area Credit Union,   1901 W. 10th Street
16557976   ##+Samuel R. Taylor Jr.,   115 Burton Avenue,   Waukegan, IL 60085-4605
16557980   ##+Waste Management,   1411 Opus Dept.,   Suite 400,   Downers Grove, IL 60515-1481
                                                                              TOTALS: 4, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: ccabrales              Page 2 of 2              Date Rcvd: May 14, 2014
                               Form ID: pdf006              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2014 at the address(es) listed below:
         E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
         Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
          gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
         Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Joseph E Cohen    jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Joseph E Cohen,  Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Samuel  Taylor, Jr    on behalf of Debtor Yaretzy Oralia Solis-Haro taylor-law@comcast.net
         Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 8
```