# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
SOLIS-HARO, YARETZY ORALIA              §       Case No. 10-55597
                                        §
                Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on         . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LOCKHEED FEDERAL CREDIT UNION | | | | | |
| 000001 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-55597   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | SOLIS-HARO, YARETZY ORALIA |

For Period Ending: 08/13/14

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/16/10 (f) |
| 341(a) Meeting Date: | 02/04/11 |
| Claims Bar Date: | 04/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 143,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. REAL ESTATE | 119,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 20.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 60.00 | 0.00 | | 0.00 | 0.00 |
| 5. CREDIT UNION | 150.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS | 5,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. ARTWORK | 800.00 | 800.00 | | 0.00 | 800.00 |
| 8. CLOTHES | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. PHOTO EQUIPMENT | 500.00 | 500.00 | | 0.00 | 500.00 |
| 10. RETIREMENT | 15,144.89 | 0.00 | | 0.00 | 0.00 |
| 11. CHRYSLER SEDAN | 9,125.00 | 0.00 | | 0.00 | 0.00 |
| 12. 2002 TAHOE | 8,500.00 | 6,100.00 | | 5,000.00 | 1,100.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.68 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $303,899.89 | $7,400.00 | | $5,000.68 | $2,400.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SOLD VEHICLE BACK TO DEBTOR FOR $5,000.00.  TRUSTEE SETTING BAR DATE TO FILE CLAIMS.  TRUSTEE TO START PREPARING FINAL REPORT - January 15, 2014. TRUSTEE HAS FILED TFR AND MADE A DISTRIBUTION.  ALL CHECKS HAVE CLEARED AND TRUSTEE IS FILING HIS TDR - August 13, 2014.

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 02/28/14

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-55597  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SOLIS-HARO, YARETZY ORALIA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2101  Checking Account |

| Taxpayer ID No: | *******5389 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,928.46 | | 4,928.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.04 | 4,925.42 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.14 | 4,922.28 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.03 | 4,919.25 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.13 | 4,916.12 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,906.12 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.17 | 4,900.95 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.95 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,880.95 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,870.95 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,860.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,850.95 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,840.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,830.95 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,820.95 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,810.95 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,800.95 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,790.95 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 6.94 | 4,784.01 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 06/23/14 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 15.60 | 4,768.41 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |

| | | | | Page Subtotals | 4,928.46 | 160.05 | |

Ver: 18.00b

Page:   2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-55597  -ABG |
| Case Name: | SOLIS-HARO, YARETZY ORALIA |
| Taxpayer ID No: | *******5389 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2101  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 06/23/14 | 300004 | COHEN & KROL | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,184.34 | 3,584.07 |
| 06/23/14 | 300005 | JOSEPH E. COHEN, Trustee | Trustee Compensation | | | 1,265.67 | 2,318.40 |
| | | 105 West Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees            1,250.07 | 2100-000 | | | |
| | | | Expenses        15.60 | 2200-000 | | | |
| 06/23/14 | 300006 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 592.16 | 1,726.24 |
| | | 105 West Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 06/23/14 | 300007 | Midland Funding LLC | Claim 000001, Payment 13.10748% | 7100-000 | | 531.49 | 1,194.75 |
| | | By its authorized agent Recoser, LLC | (1-1) Chase Bank USA, N.A (WAMU) | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 06/23/14 | 300008 | Lockheed Federal Credit Union | Claim 000002, Payment 13.10752% | 7100-000 | | 1,194.75 | 0.00 |
| | | PO BOx 6759 | (2-1) Visa Loan | | | | |
| | | Burbank, CA 91510 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,928.46 | 4,928.46 | 0.00 |
| Less:  Bank Transfers/CD's | 4,928.46 | 0.00 | |
| Subtotal | 0.00 | 4,928.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,928.46 | |

Page Subtotals            0.00            4,768.41

Ver: 18.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-55597 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SOLIS-HARO, YARETZY ORALIA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1786  BofA - Money Market Account |
| Taxpayer ID No: | *******5389 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/11 | 12 | Yaretz Solis-Haro | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,000.03 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.07 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.11 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.15 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,000.20 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.24 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.28 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.91 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,993.95 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.79 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,987.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.15 | 4,981.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,981.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.53 | 4,975.19 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,975.23 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.91 | 4,969.32 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.18 | 4,965.14 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,965.18 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.11 | 4,959.07 |
| 04/30/12 | | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,959.11 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.30 | 4,952.81 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,952.85 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.29 | 4,946.56 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,946.60 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.88 | 4,940.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,940.76 |

| | | | | Page Subtotals | 5,000.64 | 59.88 | |

FORM 2                                                                                              Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                 Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-55597  -ABG | |
| Case Name: | SOLIS-HARO, YARETZY ORALIA | |
| | | |
| Taxpayer ID No: | *******5389 | |
| For Period Ending: | 08/13/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******1786  BofA - Money Market Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.48 | 4,934.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,934.32 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 5.86 | 4,928.46 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,928.46 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,000.68 | 5,000.68 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,928.46 | |
| Subtotal | 5,000.68 | 72.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.68 | 72.22 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2101 | 0.00 | 4,928.46 | 0.00 |
| BofA - Money Market Account - *******1786 | 5,000.68 | 72.22 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.68 | 5,000.68 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                          0.04          4,940.80